## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 15-cr-00369-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SHERRY HANNAH,

      Defendant.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

      This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **December 28, 2015 at 9:00 a.m.**  On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.**  It is

      ORDERED THAT all pretrial motions shall be filed by **November 20, 2015** and responses to these motions shall be filed by **November 27, 2015**.  It is further

      ORDERED that a Trial Preparation Conference is set for **December 21, 2015 at 1:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.  Defendant is also required to be present.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 9th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge